IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAAD SUBHI BASHA,
    Petitioner,

vs.                                      Case No.: 3:18cv160/LAC/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Petitioner's notice of voluntarily dismissal of this habeas action (ECF No. 6). Petitioner requests dismissal without prejudice.

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Because Respondent has not been served in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time. The dismissal will be without prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's notice of voluntarily dismissal (ECF No. 6) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 4th day of May 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  3:18cv160/LAC/EMT