IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAAD SUBHI BASHA,
    Petitioner,

vs.                          Case No.: 3:18cv160/LAC/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 4, 2018 (ECF No. 7). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's notice of voluntarily dismissal (ECF No. 6) is **GRANTED** and this action dismissed without prejudice.

**DONE AND ORDERED** this 6th day of June, 2018.

                                     *s/L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**